S:\GW\CIVIL\Zulewski 11-1366\ED11CV01366GW-O JS-6.docx

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RICHARD ZULEWSKI, ET AL.,<br><br>            Plaintiffs,<br><br>vs.<br><br>HARCO NATIONAL INSURANCE<br>COMPANY; and DOES 1 to 50.<br><br>            Defendants. | Case No. EDCV11-1366 GW (SPx)<br>[Complaint filed: May 12, 2011]<br>[Judge: George H. Wu]<br>[Magistrate Judge: Sheri Pym]<br><br>ORDER FOR DISMISSAL WITH<br>PREJUDICE<br><br>[Pursuant to FRCP 41(a)(1)(A)(ii)] |

## <u>ORDER</u>

        PURSUANT TO STIPULATION, IT IS SO ORDERED that the entire above-captioned action is dismissed with prejudice, each party to bear his, her, and its own costs and fees.  This Court shall retain exclusive and continuing jurisdiction over this action and the parties for the purpose of enforcement and administration of the settlement, including such purposes as supervising and implementation, enforcement, construction, and interpretation of the parties' Settlement Agreement. This Court shall also retain exclusive and continuing jurisdiction over this action

1

and the parties until each and every act agreed to be performed by the parties shall have been performed pursuant to said Settlement Agreement.


Date:  September 26, 2012        _____
                                         George H. Wu
                                     U.S. DISTRICT JUDGE

DANIELS, FINE, ISRAEL, SCHONBUCH & LEBOVITS, LLP
1801 CENTURY PARK EAST, NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE (310) 556-7900
FACSIMILE (310) 556-2807

2

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE